UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.	CASE NO. 8:92-cr-184-T-23EAJ

FRANKIE LEE COLEMAN
_____/

**ORDER**

On July 11, 2006, the United States Probation Office filed a June 22, 2006, superseding petition for revocation of the defendant's supervised release (Doc. 58).[*] At the hearing on July 18, 2006, Assistant Federal Public Defender Laurel F. Moore represented the defendant and Assistant United States Attorney Christopher Tuite represented the United States.

The defendant admits committing the Grade C violations described in numbered paragraphs one through eight of the petition.  Accordingly, the court adjudges the defendant guilty of violating the terms of his supervised release.  In consideration of the factors specified in 18 U.S.C. § 3553(a), including applicable guidelines and policy statements issued by the United States Sentencing Commission, the defendant's term

---

[*] The defendant pled guilty to count one of the indictment, and on December 3, 1992, the district court imposed a sentence of one hundred fifty-one months of imprisonment and thirty-six months of supervised release. On December 16, 2004, the court found that the defendant had violated the terms of his supervised release, revoked supervised release, and imposed a one year and one day term of imprisonment and an eleven month term of supervised release.

of supervised release is **REVOKED**.  The defendant is sentenced to six months (6) months of imprisonment with no supervised release to follow.

The defendant is remanded to the custody of the United States Marshal to await designation and incarceration by the Bureau of Prisons.

                                                                    STEVEN D. MERRYDAY
                                                 UNITED STATES DISTRICT JUDGE

cc:    United States Marshal
       United States Probation
       Counsel of Record